**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOYCE PIERCE,<br><br>    Plaintiff,<br><br>v.<br><br>GWINNETT COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:21-cv-03416-WMR-JKL |

### <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its respective costs and attorney's fees.

1

Respectfully submitted this 9th day of May 2022.

/s/ Justin M. Scott                              /s/ Elizabeth F. Kinsinger
Justin M. Scott                                  Elizabeth F. Kinsinger
Georgia Bar No. 557463                           Georgia Bar No. 261755
jscott@employmentlaw.com                         efk@thompson-sweeny.com
Michael D. Forrest                               Jaaonne Gadson-Jackson
Georgia Bar No. 974300                           Georgia Bar No. 279689
mforrest@scottemploymentlaw.com                  jj@thompson-sweeny.com

SCOTT EMPLOYMENT LAW, P.C.                        THOMPSON, SWEENY, KINSINGER
160 Clairemont Avenue                            & PEREIRA P.C.
Suite 610                                        P.O. Drawer 1250
Decatur, GA  30030                               Lawrenceville, GA  30046
Telephone:  678.780.4880                         Telephone: 770.963.1997
Facsimile:  478.575.2590                         Facsimile: 770.822.2913

Counsel for Plaintiff                            Counsel for Defendant